[No. 33356-9-I.   Division One.   August 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY
DAYTON CHUMNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-00625-6, LeRoy McCullough, J., entered
August 22, 1993. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Kennedy, A.C.J., and Becker, J.

[No. 32657-1-I.   Division One.   September 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNWOOD
MOFFATT PELOT III, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-1-00627-2, Ronald Castleberry, J.,
entered April 22, 1993. *Affirmed* by unpublished opinion
per Ellington, J., concurred in by Webster and Becker, JJ.

[No. 33352-6-I.   Division One.   September 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. FOU
HINH SAEPHANH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-08296-5, James D. McCutcheon, J.,
entered June 18, 1993. *Affirmed* by unpublished opinion
per Baker, C.J., concurred in by Agid and Cox, JJ.

[No. 13317-6-III.   Division Three.   February 1, 1996.]

*In the Matter of the Dependency of* ZACHARIAH B.P.

WILMA V., *Appellant*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for
Grant County, No. 91-7-00029-2, Kenneth L. Jorgensen, J.,
entered May 14, 1993. *Affirmed* by unpublished opinion
per Schultheis, A.C.J., concurred in by Munson and
Thompson, JJ.